| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North<br>Paramus, NJ 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman, Trustee<br>Kim R. Lynch, Esq.  (KL-5866) | |
| In re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><div align="center">Debtor.</div> | Chapter 7<br><br>Case No. 17-15603(JKS) |
| CHARLES M. FORMAN, Chapter 7 Trustee of Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services, LLC<br><div align="center">Plaintiff,</div>v.<br><br>PNC BANK, ET ALS.<br><div align="center">Defendants.</div> | Adv. Pro. No. 18-01314(JKS)<br><br>Hearing Date:  October 2, 2018<br>Hearing Time: 2:00 p.m. |

<div align="center">

**ADJOURNMENT REQUEST**

</div>

1. I, <u>Kim R. Lynch</u>,

    ☒ am the attorney for: <u>Charles M. Forman, Trustee                               </u>,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: <u>Pre-Trial Conference                                                      </u>

    Current hearing date and time: <u>October 2, 2018 at 2:00 p.m.                        </u>

    New date requested:  <u> 60 days                                                      </u>

    Reason for adjournment request:  <u>Parties are discussing resolving the issues.  Default pleadings to be filed against other non-responding defendants.                        </u>

2. Consent to adjournment:

    ☒  I have the consent of all parties.  ☐  I do not have the consent of all parties (explain below):

F0032486 - 1

I certify under penalty of perjury that the foregoing is true.

Date: September 27, 2018                                  */s/ Kim R. Lynch*
                                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted                           New hearing date: 12/4/2018 @ 2:00   ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

F0032486 - 1                                    2