Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Mark Anthony Andreottis, II
Debtor

Case No.: 17−15603−JKS
Chapter 7

Charles M. Forman, as Chapter 7 Trustee
Plaintiff

v.

PNC Bank
Defendant

Adv. Proc. No. 18−01314−JKS                      Judge: John K. Sherwood

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 19, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 30 − 13
Final Judgment by Default Against Patricia Mejia, William Mejia and Oradell Animal Hospital. (related document:13 Request to Enter Default filed by Plaintiff Charles M. Forman, as Chapter 7 Trustee). Oradell Animal Hospital; Patricia Mejia and William Mejia terminated. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/19/2018 (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 19, 2018
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Forman, as Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 18-01314-JKS

PNC Bank,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 19, 2018
     Form ID: orderntc      Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.
```
dft        +811 Willow Avenue Condominium Association, Inc.,   811 Willow Avenue,   Hoboken, NJ 07030-2964
pla        +Charles M. Forman, as Chapter 7 Trustee,   66 Route 17 North, First Floor,
            Paramus, NJ 07652-2672
dft        +Melissa Couch Andreottis,   386 Brownstone Court,   Wyckoff, NJ 07481-2430
dft        +New Jersey Title Insurance Company,   400 Lanidex Plaza,   2nd Floor,
            Parsippany, NJ 07054-2722
dft        +PNC Bank,   300 Fifth Avenue,   The Tower at PNC Bank,   Pittsburgh, PA 15222-2401
dft        +State of New Jersey Commissioner of Banking and In,   20 West State Street,   P.O. Box 325,
            Trenton, NJ 08625-0325
dft        +State of New Jersey Motor Vehicle Commission,   P.O. Box 160,   Trenton, NJ 08666-0160
dft        +The United States of America,   United States Attorney,   Peter Rodino Federal Building,
            970 Broad Street, Suite 700,   Newark, NJ 07102-2527
dft        +Travelers Casualty and Surety of America, Inc., As,   One Tower River Square,
            Hartford, CT 06183-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:
```
            Denise E. Carlon    on behalf of Defendant    PNC Bank dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Eamonn  O'Hagan    on behalf of Defendant    The United States of America eamonn.ohagan@usdoj.gov
            Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
             klynch@formanlaw.com,  kanema@formanlaw.com
            Scott Aaron Levin    on behalf of Defendant    Travelers Casualty and Surety of America, Inc.,
             Assignee of Five Star Funding LLC slevin@mdmlaw.com
            William J. Levant    on behalf of Defendant    New Jersey Title Insurance Company
             efile.wjl@kaplaw.com
```
     TOTAL: 5