UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Suspension of Bankruptcy Matters Involving the United States as a Party

# GENERAL ORDER INCORPORATING BY REFERENCE STANDING ORDER 18-4 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY AS APPLIED TO BANKRUPTCY CASES AND ADVERSARY PROCEEDINGS

The relief set forth on the following page is hereby **ORDERED**.

Dated: December 28, 2018

/s/ Kathryn C. Ferguson
Kathryn C. Ferguson, Chief Judge
United States Bankruptcy Court
District of New Jersey

This matter is before the court due to the lapse of congressional appropriations funding the federal government, including the Department of Justice and the United States Attorney's Office for the District of New Jersey (the "U.S. Attorney's Office"). Absent an appropriation, the United States has represented to the United States District Court for the District of New Jersey ("District Court") that certain Department of Justice attorneys and employees of the federal government are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Therefore, the lapse in appropriations requires a reduction in the workforce of the U.S. Attorney's Office and other federal agencies, particularly with respect to civil cases. The Court, in response, and with the intent to avoid any default or prejudice to the United States, debtors or other litigants, with respect to deadlines, motions or adversary proceedings which apply to, or may include the United States as a party, occasioned by the lapse of funding, enters this Order, it is hereby

ORDERED, effective December 28, 2018, Standing Order 18-4 of the District Court dated December 27, 2018 (and available on the District Court's website: njd.uscourts.gov) is incorporated by reference. All litigation in a bankruptcy case or adversary proceeding pending in the United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court") involving as a party the United States of America, its agencies, and/or any other party represented by the Department of Justice or the United States Attorney's Office is immediately suspended, and held in abeyance continuing either (1) until the federal government is funded through congressional appropriation, or (2) for a period of 30 days from the date of the District Court Standing Order 18-4, whichever comes sooner. The Court may renew or modify this Order depending on developments during this period. This Order includes as to the United States, the Department of Justice, or the U.S. Attorney's Office, the suspension of all pending deadlines to file proofs of claim, objections to: discharge, dischargeability, and confirmation of cases under Chapter 11 or Chapter 13 of the Bankruptcy Code for this period.

The Court warns debtors and litigants that this order does not affect deadlines, and other rights concerning motions, adversary proceedings, or appeals involving parties other than the United States.

Any litigant affected by this Order may seek relief from the Court by motion. The court may, in any particular matter, vary the effect or operation of this Order by separate ruling.

The Court shall distribute this Order by:

a.  Electronic mail to all registered CM/ECF users;
b.  Mail to all self-represented debtors in a bankruptcy case;
c.  Mail to all self-represented plaintiffs and defendants in adversary proceedings; and
d.  Posting the Order and a Notice to the Bar on the Court's website.

The Court shall clarify the status of affected matters and deadlines upon expiration of this period and dependent on the timing of the funding resolution or further order of this Court.

United States Bankruptcy Court
District of New Jersey

Forman, as Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 18-01314-JKS

PNC Bank,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 1     Date Rcvd: Jan 02, 2019
                    Form ID: pdf903     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2019.
```
dft            +811 Willow Avenue Condominium Association, Inc.,    811 Willow Avenue,    Hoboken, NJ 07030-2964
pla            +Charles M. Forman, as Chapter 7 Trustee,    66 Route 17 North, First Floor,
                 Paramus, NJ 07652-2672
dft            +Melissa Couch Andreottis,    386 Brownstone Court,    Wyckoff, NJ 07481-2430
dft            +New Jersey Title Insurance Company,    2001 US Route 46,    Ste. 310,    Parsippany, NJ 07054-1315
dft            +PNC Bank,    300 Fifth Avenue,    The Tower at PNC Bank,    Pittsburgh, PA 15222-2401
dft            +State of New Jersey Commissioner of Banking and In,    20 West State Street,    P.O. Box 325,
                 Trenton, NJ 08625-0325
dft            +State of New Jersey Motor Vehicle Commission,    P.O. Box 160,    Trenton, NJ 08666-0160
dft            +The United States of America,    United States Attorney,    Peter Rodino Federal Building,
                 970 Broad Street, Suite 700,    Newark, NJ 07102-2527
dft            +Travelers Casualty and Surety of America, Inc., As,    One Tower River Square,
                 Hartford, CT 06183-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Defendant   PNC Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Defendant   The United States of America eamonn.ohagan@usdoj.gov
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
               klynch@formanlaw.com, kanema@formanlaw.com
              Scott Aaron Levin    on behalf of Defendant   Travelers Casualty and Surety of America, Inc.,
               Assignee of Five Star Funding LLC slevin@mdmlaw.com
              William J. Levant    on behalf of Defendant   New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
```
                                                                                  TOTAL: 5